UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THIRD AVENUE COMMONS LLC,                     23-cv-1403 (JGK)

                        Plaintiff,            ORDER

          - against -

GOBRANDS, INC.,

                        Defendant.

_____


JOHN G. KOELTL, District Judge:

     The affidavit of service filed by the plaintiff indicates

that the plaintiff served the defendant on March 15, 2023.

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure,

the time to answer was April 5, 2023.

     The time for the defendant to answer or respond to the

complaint is extended to **May 4, 2023.** Failure to respond to the

complaint by this date could result in a default judgment being

entered against the defendant.

     The plaintiff should mail a copy of this Order to the

defendant and file proof of service on the docket by **April 20,**

**2023.**

SO ORDERED.

Dated:     New York, New York
           April 13, 2023
                                          _____
                                             John G. Koeltl
                                       United States District Judge